UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

FILED BY MAIL
SEP 18 2013

In Re: ) Case No. 8:04-bk-22432-CED
EDWARD J. HENRY )
and )
KATHY A. HENRY )
)
Debtor(s) )

MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to move the Court to enter an order directing payment of unclaimed funds now on deposit in the Registry of the United States Bankruptcy Court. Claimant is a  X  creditor ___ debtor (check one) in the above captioned bankruptcy case and on whose behalf funds were deposited. I have a right to claim said funds due to the following: GE CAPITAL CONSUMER CARD CO, AN ASSET OF GENERAL ELECTRIC COMPANY IS A CREDITOR OWED THESE FUNDS.

Name of Claimant: GENERAL ELECTRIC COMPANY
ATTN: BRUCE J. SQUILLANTE
Mailing Address: 4211 METRO PARKWAY

City: FORT MEYERS   State: FL   Zip Code: 33916

Telephone Number: Home: _____ Work: (239) 275-2429

Last Four Digits of SS# or Tax ID Number: (PARENT Corp.) 5720

Amount of Claim: $552.04

Claimant certifies under penalty of perjury that all statements made by Claimant on this motion and any attachments required for this Motion is, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the dividend due upon this claim.

I certify that I have mailed a copy of this Motion to the U.S. Attorney, Attn: Civil Procedures Clerk, 400 N. Tampa St., Ste. 3200, Tampa, FL 33602.

By /s/ Controller, Unclaimed Property        9/11/13
CLAIMANT'S SIGNATURE                         DATE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this /6TH day of September, 20013, a MOTION FOR PAYMENT OF UNCLAIMED FUNDS was sent via United States Postal Service first class mail, with adequate postage prepaid to the U.S. ATTORNEY at Attn: Civil Procedures Clerk, 400 N. Tampa St. Suite 3200, Tampa, FL 33602.

9/16/13
Date

_____
Bruce J. Squillante
GENERAL ELECTRIC COMPANY
Controller, Unclaimed Property
Payables Solutions



Jamie S. Miller
Vice President and Controller

GE
3135 Easton Turnpike
Fairfield, CT 06828
USA

T +1 203 373 2444
F +1 203 373 3005
jamie.miller@ge.com

## Statement of Authority

The undersigned being duly sworn, states that the following individuals are authorized to execute claim documents on behalf of General Electric Company, General Electric Capital Corporation and its subsidiaries, as required for any and all claim(s) submitted for Unclaimed, Lost or Abandoned Property on the Company's behalf:

Bruce J. Squillante – Unclaimed Property Controller
Duane D. Rice – Project Initiatives Leader
Steven G. Niehaus – Manager, Payables Solutions
Maureen P. Carter – Operations Manager

GENERAL ELECTRIC COMPANY

_Jamie S. Miller_
Jamie S. Miller
Vice President and Controller
3135 Easton Turnpike – W3G
Fairfield, CT 06828
203-373-2444

Subscribed and sworn to me this 22nd day of December, 2011.

Notary signature: _Sharon DeDonato_

Printed name: _Sharon DeDonato_

My commission expires: **SHARON DEDONATO**
**NOTARY PUBLIC**
**MY COMMISSION EXPIRES JUNE 30, 2015**



**MICHIGAN** USA
**DRIVER LICENSE**
S 453 098 435 022    ISS 01-03-2013
DOB 01-07-1963    EXP 01-07-2017    010763
BRUCE JONATHAN SQUILLANTE
7015 WHISPERING RIDGE ST SE
GRAND RAPIDS, MI 49546-9797
Sex M    Hgt 5'09"    Eyes BRO
Lic Type O    End NONE
Restrictions Corrective Lens

DD: 0047761287283

DONOR ♥
Rev 05-23-2011



**Bruce J. Squillante**
Controller, Unclaimed Property
Payables Solutions

T +1 239 275 2429
F +1 239 278 2588
M +1 616 460 1614
bruce.squillante@ge.com
www.ge.com

4211 Metro Parkway
Fort Myers, FL 33916
USA